JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:20-cv-02091-JFW-ASx<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant Wellmark, Inc. dba Wellmark Blue Cross and Blue Shield of Iowa ("Wellmark") and Plaintiff Healthcare Ally Management of California, LLC, ("Plaintiff"),

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:20-cv-02091-JFW-AS, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: April 6, 2020

_____
Hon. John F. Walter
Judge, United States District Court